AO 245A   (Rev. 06/03) Judgment of Acquittal

_____   DISTRICT OF NEVADA   (Reno)

☑ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 30 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA              **JUDGMENT OF ACQUITTAL**

vs.
                                       CASE NUMBER:       3:07-CR-030-BES (RAM)

DONALD WILSON,


   The defendant was found NOT GUILTY on Counts One and Two of the charges contained in the Superseding Information.


_____
Signature of Judge

BRIAN E. SANDOVAL, U.S. DISTRICT JUDGE
Name and Title of Judge

May 30, 2008
Date